

# Tirelli Law Group LLC
## 50 Main Street, Suite 1265
## White Plains NY 10606
## (914)732-3222

Invoice #: 834

Richard Watson
401 Homestead Ave
Mount Vernon, New York 10553

| Date | Staff | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| | | Previous Balance | | | $0.00 |
| 11/06/18 | Alejandro Lopez, Paralegal | Loss Mit<br>draft loss mit order<br>pending status conf date before filing | 0.40 | $200.00 | $80.00 |
| 11/07/18 | Alejandro Lopez, Paralegal | Loss Mit<br>received status conference date<br>finalized LMO<br>sent to Hon. Drain | 0.30 | $500.00 | $150.00 |
| 11/29/18 | Alejandro Lopez, Paralegal | Loss Mit<br>VM & email client re creditors loss mit affidavit | 0.30 | $200.00 | $60.00 |
| 12/07/18 | Alejandro Lopez, Paralegal | Loss Mit Doc Review<br>review docs submitted by client; sent incomplete pages to client | 0.50 | $200.00 | $100.00 |
| 12/19/18 | Alejandro Lopez, Paralegal | Loss Mit<br>review loss mit docs; emailed client re RMA packet incomplete | 0.40 | $200.00 | $80.00 |
| 12/28/18 | Alejandro Lopez, Paralegal | Loss Mit<br>email from OC confirming receipt of loss mit docs | 0.20 | $200.00 | $40.00 |
| 01/09/19 | Alejandro Lopez, Paralegal | Loss Mit<br>email from OC re missing docs for loss mit<br>emailed client for docs | 0.30 | $200.00 | $60.00 |
| 01/15/19 | Alejandro Lopez, Paralegal | Loss Mit<br>email from client re loss mit docs requested | 0.30 | $200.00 | $60.00 |
| 01/16/19 | Alejandro Lopez, Paralegal | Loss Mit<br>gather all docs sent from client; draft debtor's loss mit affidavit | 0.60 | $200.00 | $120.00 |
| 01/18/19 | Alejandro Lopez, Paralegal | Loss Mit<br>email exchange w/ client; draft debtor's loss mit affidavit & filed on ECF; sent docs to OC | 0.70 | $200.00 | $140.00 |
| 01/23/19 | Alejandro Lopez, Paralegal | Loss Mit<br>email from OC stating loss mit docs are under review | 0.30 | $200.00 | $60.00 |
| 02/05/19 | Alejandro Lopez, Paralegal | Adjournment<br>email OC re adjournment for 2/13 | 0.30 | $200.00 | $60.00 |
| 02/06/19 | Alejandro Lopez, Paralegal | Adjournment<br>email from OC re Adjournment request | 0.30 | $200.00 | $60.00 |
| 02/08/19 | Alejandro Lopez, Paralegal | Loss Mit<br>status report filed by OC re Loss Mit | 0.30 | $200.00 | $60.00 |
| 02/08/19 | Alejandro Lopez, Paralegal | Trustee Payments<br>Check NDC for Trustee Payments; printed copy | 0.10 | $200.00 | $20.00 |
| 02/11/19 | Alejandro Lopez, Paralegal | Loss Mit<br>Email to OC re answer to loss mit docs | 0.30 | $200.00 | $60.00 |
| 02/25/19 | Alejandro Lopez, Paralegal | NOE<br>email from OC re NOE, sent client copy of denial letter & NOE | 0.30 | $200.00 | $60.00 |

| Date | Staff | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 03/07/19 | Alejandro Lopez, Paralegal | Denial Letter<br>sent client denial guidelines & instructed him to call to make appointment with LT | 0.30 | $200.00 | $60.00 |
| 03/26/19 | Alejandro Lopez, Paralegal | Loss Mit read and resolve<br>email from OC re non-retention options & service transfer | 0.20 | $200.00 | $40.00 |
| 05/15/19 | Alejandro Lopez, Paralegal | Loss Mit Status Report<br>draft status report for 5/15 court | 0.60 | $200.00 | $120.00 |
| 05/16/19 | Alejandro Lopez, Paralegal | Loss Mit Non-Retention Options<br>email from OC re non-retention options; status report filed by OC | 0.30 | $200.00 | $60.00 |
| 05/20/19 | Alejandro Lopez, Paralegal | Loss Mit Status Report<br>draft status report; emailed OC | 0.60 | $200.00 | $120.00 |
| 05/21/19 | Alejandro Lopez, Paralegal | Loss Mit Status Report<br>made revisions to status report & filed on ECF | 0.40 | $200.00 | $80.00 |
| 05/28/19 | Alejandro Lopez, Paralegal | Loss Mit<br>email exchange with client re loss mit docs, client came in to drop-off docs, made copies for client | 0.50 | $200.00 | $100.00 |
| 05/30/19 | Alejandro Lopez, Paralegal | Loss Mit RMA Packet<br>call to review new RMA packet with client, edits made | 0.40 | $200.00 | $80.00 |
| 05/31/19 | Alejandro Lopez, Paralegal | Loss Mit<br>draft debtors affidavit scan in docs into dropbox; filed affidavit & sent to OC | 0.80 | $200.00 | $160.00 |
| 05/31/19 | Alejandro Lopez, Paralegal | Loss Mit<br>email from OC re loss mit submission | 0.10 | $200.00 | $20.00 |
| 07/22/19 | Alejandro Lopez, Paralegal | Loss Mit<br>draft loss mit 7/31 court notes | 0.20 | $200.00 | $40.00 |
| 07/22/19 | Alejandro Lopez, Paralegal | Loss Mit<br>emailed OC re loss mit non-retention | 0.10 | $200.00 | $20.00 |
| 07/23/19 | Alejandro Lopez, Paralegal | TT Payments<br>NDC for TT payments; printed out for 7/31 court | 0.20 | $200.00 | $40.00 |
| 07/24/19 | Alejandro Lopez, Paralegal | Loss Mit Status Report<br>draft status report | 0.20 | $200.00 | $40.00 |
| 07/25/19 | Alejandro Lopez, Paralegal | Loss Mit Status Report<br>file status report | 0.30 | $200.00 | $60.00 |
| 08/08/19 | Alejandro Lopez, Paralegal | Loss Mit<br>read email from OC re missing docs | 0.50 | $200.00 | $100.00 |
| 08/29/19 | Alejandro Lopez, Paralegal | exhibits finalized 363 motion<br>Scanned in exhibits finalized 363 motion. filed on Ecf ; printed out Judges copy. sent oc copy via email. Paid fee. | 1.70 | $200.00 | $340.00 |
| 09/10/19 | Alejandro Lopez, Paralegal | 363 motion to sell<br>email from oc re; 363 motion to sell | 0.10 | $200.00 | $20.00 |
| 11/15/19 | Alejandro Lopez, Paralegal | Loss Mit Draft & File status report w/court | 0.40 | $200.00 | $80.00 |
| 01/03/20 | Alejandro Lopez, Paralegal | draft status report in preparation for 1/8/2020<br>make corrections per LT<br>filed on ECF | 0.40 | $200.00 | $80.00 |
| 01/09/20 | Alejandro Lopez, Paralegal | draft email to chambers w/proposed order granting 363 motion for sale | 0.30 | $200.00 | $60.00 |
| 01/09/20 | Alejandro Lopez, Paralegal | 363 Sale emails with OC re appraiser/forward info. to client w/ instructions to schedule ASAP | 0.40 | $200.00 | $80.00 |
| 01/13/20 | Alejandro Lopez, Paralegal | emails from Atty Hatem & client regarding closing/retainer | 0.20 | $200.00 | $40.00 |
| 01/14/20 | Alejandro Lopez, Paralegal | Email from OC & LT re 363 sale; per LT, called Art/left voicemail | 0.30 | $200.00 | $60.00 |
| 01/15/20 | Alejandro Lopez, Paralegal | per atty Hatem, email with affidavit; drafted App. to Employ<br>scanned in exhibits/filed on ECF/mailed out/sent Al a copy | 1.20 | $200.00 | $240.00 |

| Date | Staff | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 01/21/20 | Alejandro Lopez, Paralegal | Emails with Al Hatem regarding the Application to Employ | 0.30 | $200.00 | $60.00 |
| | | Subtotal: Alejandro Lopez, Paralegal | 16.90 | | $3,470.00 |
| 02/14/20 | Articia Hendricks, Paralegal | Printed Order/Drafted Affidavit of Service/mailed to all parties | 0.40 | $200.00 | $80.00 |
| | | Subtotal: Articia Hendricks, Paralegal | 0.40 | | $80.00 |
| 06/10/18 | EXPENSE | Credit Report | | 1 @ $40.00 | $40.00 |
| 06/27/18 | EXPENSE | ch 13 plan Postage | | 15 @ $0.47 | $7.05 |
| 06/27/18 | EXPENSE | 341(a) conf. letter | | 1 @ $0.47 | $0.47 |
| 10/08/18 | EXPENSE | Postage loss mit order | | 3 @ $0.47 | $1.41 |
| 11/08/18 | EXPENSE | Postage loss mit order | | 3 @ $0.47 | $1.41 |
| 02/21/19 | EXPENSE | Mailing NOE | | 1 @ $6.80 | $6.80 |
| 08/29/19 | EXPENSE | Court filing fee for 363 Motion to Sell | | 1 @ $181.00 | $181.00 |
| 01/15/20 | EXPENSE | Postage Appl. to Employ Al Hatem | | 1 @ $0.65 | $0.65 |
| 01/15/20 | EXPENSE | Postage Appl. to Employ Al Hatem | | 3 @ $0.50 | $1.50 |
| 01/23/20 | EXPENSE | Postage Amend Chapter 13 Plan | | 4 @ $0.50 | $2.00 |
| 02/14/20 | EXPENSE | Postage Order Al Hatem | | 4 @ $0.50 | $2.00 |
| 11/10/20 | EXPENSE | Postage Amended Ch13 | | 6 @ $0.65 | $3.90 |
| | | Subtotal: EXPENSE | | | $248.19 |
| 01/16/19 | Linda Tirelli, Esq. Partner | Loss Mit Draft Letter of Explanation for client email client re doc received & request client return signed LOE re lease agreement | 0.40 | $500.00 | $200.00 |
| 01/18/19 | Linda Tirelli, Esq. Partner | Loss Mit Review application, documents, run calculations, finalize | 1.00 | $500.00 | $500.00 |
| 02/20/19 | Linda Tirelli, Esq. Partner | Loss Mit draft NOE re CitiBank Loan Mod denial, pending approval | 0.50 | $500.00 | $250.00 |
| 02/21/19 | Linda Tirelli, Esq. Partner | Loss Mit Notice of Error revised NOE w/ AL | 0.20 | $500.00 | $100.00 |
| 03/05/19 | Linda Tirelli, Esq. Partner | Loss Mit read and analyze Denial Letter email from OC re denial breakdown | 1.20 | $500.00 | $600.00 |
| 03/22/19 | Linda Tirelli, Esq. Partner | Loss Mit Loss Mit call w/ client re loss mit denial & non-retention option | 0.30 | $500.00 | $150.00 |
| 03/25/19 | Linda Tirelli, Esq. Partner | Loss Mit Draft OC Correspondance email OC re non-retention options | 0.40 | $500.00 | $200.00 |
| 07/01/19 | Linda Tirelli, Esq. Partner | Discus 363 option with client | 0.40 | $500.00 | $200.00 |
| 08/02/19 | Linda Tirelli, Esq. Partner | Draft 363 Sale Motion | 2.00 | $500.00 | $1,000.00 |
| 08/05/19 | Linda Tirelli, Esq. Partner | 363 finalize drafting 353 motion for sale | 1.10 | $500.00 | $550.00 |
| 12/10/19 | Linda Tirelli, Esq. Partner | Read Order Dir. Future Proc. | 0.20 | $500.00 | $100.00 |
| 03/08/21 | Linda Tirelli, Esq. Partner | Phone call withMr. Kwan Sharaf discuss he paid the bank for the house, I requested a copy of his deed | 0.30 | $500.00 | $150.00 |
| 03/08/21 | Linda Tirelli, Esq. Partner | Call with OC regarding sale to Mr. Sharaf OC advised that the bk never completed deed recording or tax tranfer docs ( still on her desk) so the bank couldnt have sold to Sharaf | 0.30 | $500.00 | $150.00 |

| Date | Staff | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 03/08/21 | Linda Tirelli, Esq. Partner | Call with closing counsel Al Hatem confirming closing through mail and its up to the bank to record and file tax notices | 0.20 | $500.00 | $100.00 |
| 04/08/21 | Linda Tirelli, Esq. Partner | Emil exchange w Atty Goldstein re location of proof of recorded deed and third party claiming to be new owner of the property. | 0.40 | $500.00 | $200.00 |
| 04/20/21 | Linda Tirelli, Esq. Partner | Emil exchange w Atty Goldstein received proof of recorded deed review and forwarard to client | 0.30 | $500.00 | $150.00 |
| | | **Subtotal: Linda Tirelli, Esq. Partner** | 9.20 | | $4,600.00 |
| 10/22/20 | Victoria Lehning, Senior Associate | Confer with LT re: upcoming Los Mit Status court hearing. | 0.30 | $350.00 | $105.00 |
| 10/23/20 | Victoria Lehning, Senior Associate | T/C with Atty Al Hatem re: status of sale of property. | 0.10 | $350.00 | $35.00 |
| 11/03/20 | Victoria Lehning, Senior Associate | T/C with Al Hatem Esq in preparation for meeting with client tomorrow. re 363 sale | 0.30 | $350.00 | $105.00 |
| 11/03/20 | Victoria Lehning, Senior Associate | Review file and docs in prep for court's hearing | 0.20 | $350.00 | $70.00 |
| 11/04/20 | Victoria Lehning, Senior Associate | Attend Court hearing Loss Mit and Mot to sell and MTD | 1.00 | $350.00 | $350.00 |
| 11/09/20 | Victoria Lehning, Senior Associate | Review and redact and upload closing stmt for 363 sale | 0.30 | $350.00 | $105.00 |
| 01/11/21 | Victoria Lehning, Senior Associate | Confer w/ LMT in preparation for upcoming court hearing | 0.20 | $350.00 | $70.00 |
| 01/11/21 | Victoria Lehning, Senior Associate | Confer w/LMT in prepartion for drafting status report to the court | 0.20 | $350.00 | $70.00 |
| 01/13/21 | Victoria Lehning, Senior Associate | Review NDC, court docket, and file in preparation for upcoming court hearing re MTD | 0.40 | $350.00 | $140.00 |
| 01/13/21 | Victoria Lehning, Senior Associate | Draft correspondence to TTE re: upcominng court hearing | 0.20 | $350.00 | $70.00 |
| 01/19/21 | Victoria Lehning, Senior Associate | Review and respond to email from OC re: order terminating loss mit | 0.20 | $350.00 | $70.00 |
| 01/19/21 | Victoria Lehning, Senior Associate | Draft email to OC re: order terminating loss mitigation | 0.20 | $350.00 | $70.00 |
| 01/19/21 | Victoria Lehning, Senior Associate | Review and respond to OC re: loss mitigation termination and final report. | 0.20 | $350.00 | $70.00 |
| 01/20/21 | Victoria Lehning, Senior Associate | Renew court notice with attached amended proof of claim of NYS taxation. | 0.20 | $350.00 | $70.00 |
| 01/20/21 | Victoria Lehning, Senior Associate | Court hearing. | 1.00 | $350.00 | $350.00 |
| 01/26/21 | Victoria Lehning, Senior Associate | Review court notice with order directing future procedures. | 0.20 | $350.00 | $70.00 |
| 02/05/21 | Victoria Lehning, Senior Associate | Draft oredr terminating loss mitigation & upload same to Judge Lane for signature | 0.30 | $350.00 | $105.00 |
| 02/05/21 | Victoria Lehning, Senior Associate | Draft cover letter to go with Order Terminating Loss Mitigation | 0.20 | $350.00 | $70.00 |
| 02/12/21 | Victoria Lehning, Senior Associate | Review court notice with order terminating loss mitigation | 0.20 | $350.00 | $70.00 |
| 02/23/21 | Victoria Lehning, Senior Associate | Confer w/ LMT re: Homeowner's policy payment by bank is late, but bank is suppposed to own the house post 363 | 0.10 | $350.00 | $35.00 |
| 02/23/21 | Victoria Lehning, Senior Associate | T/C with client re: home insurance policy issue with Bank | 0.30 | $350.00 | $105.00 |

| Date | Staff | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 02/24/21 | Victoria Lehning, Senior Associate | Confer w/LMT re: last hearing & what needs to be done to get this case finished Bank is not recording the deed | 0.30 | $350.00 | $105.00 |
| 03/05/21 | Victoria Lehning, Senior Associate | Email to Judge Cymbla at NYS Division of Taxation questioning POC for taxes increase | 0.20 | $350.00 | $70.00 |
| 03/08/21 | Victoria Lehning, Senior Associate | Review and respond to email from client w/order directing future proceedings | 0.30 | $350.00 | $105.00 |
| 03/08/21 | Victoria Lehning, Senior Associate | Review hearing roles & docket in preparation for responding to client's email | 0.20 | $350.00 | $70.00 |
| 03/09/21 | Victoria Lehning, Senior Associate | Review emails from creditor's counsel and confer w/ LMT in preparation for drafting Motion To Amend 363 Sale Order | 0.30 | $350.00 | $105.00 |
| | | Subtotal: Victoria Lehning, Senior Associate | 7.60 | | $2,660.00 |
| 04/09/21 | Victoria Lehning | Court appearance re confirmation the deed is recorded | 0.30 | $350.00 | $105.00 |
| | | Amount Due | 34.40 | | $11,163.19 |